**Dismissed and Memorandum Opinion filed January 30, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00751-CV

---

### CHARLES  PAUL  LEWIS, Appellant

### V.

### FREEDOM MORTGAGE CORPORATION, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1208237**

---

### MEMORANDUM  OPINION

This appeal is from a judgment signed October 2, 2023. The clerk's record was filed November 29, 2023. The court reporter informed this court that there is no reporter's record. No brief has been filed.

On January 2, 2024, we issued a notice stating that unless appellant filed a brief on or before January 12, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Hassan, Poissant, and Wilson.